DANIEL J. BRODERICK, Bar #89424
Federal Defender
LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
BRANDON DAMONE VANN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   )<br>            Plaintiff,             )<br>                                   )<br>      v.                           )<br>                                   )<br> BRANDON DAMONE VANN,              )<br>                                   )<br>            Defendant.             )<br>_____| NO. CR.S-08-065-LKK<br><br>**STIPULATION AND ORDER;<br>CONTINUING STATUS CONFERENCE<br>AND EXCLUDING TIME**<br><br>Date:  June 10, 2008<br>Time:  9:30 a.m.<br>Judge: Hon. Lawrence K. Karlton |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, ANNE PINGS, Assistant United States Attorney, attorney for Plaintiff, and LINDA C. HARTER, Chief Assistant Federal Defender, attorney for Defendant, that the status conference hearing date of June 10, 2008 be vacated, and the matter be set for status conference on August 5, 2008 at 9:30 a.m.

   The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

   Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including August 5, 2008 pursuant to 18 U.S.C.

§3161 (h)(8)B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED:  June 5, 2008.                    Respectfully submitted,

                                                            DANIEL J. BRODERICK
                                                            Federal Public Defender

DATED:  June 5, 2008.                    /s/ Linda C. Harter
                                                            LINDA C. HARTER
                                                           Chief Assistant Federal Defender
                                                           Attorney for Defendant

                                                            McGREGOR W. SCOTT
                                                           United States Attorney

DATED:  June 5, 2008.                    /s/Linda C. Harter for
                                                            ANNE PINGS
                                                            Assistant U.S. Attorney
                                                            Attorney for Plaintiff

## O R D E R

**IT IS SO ORDERED.**  Time is excluded from today's date through and including August 5, 2008 in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: June 5, 2008

                                                      LAWRENCE K. KARLTON
                                                      SENIOR JUDGE
                                                      UNITED STATES DISTRICT COURT