DANIEL J. BRODERICK, Bar #89424
Federal Defender
LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
BRANDON DAMONE VANN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>BRANDON DAMONE VANN,<br>TANEKA RAENEE NUNLEY,<br><br>          Defendant. | NO. CR.S-08-065-LKK<br><br>**STIPULATION AND ORDER;**<br>**CONTINUING STATUS CONFERENCE**<br>**AND EXCLUDING TIME**<br><br>Date: August 5, 2008<br>Time: 9:30 a.m.<br>Judge: Hon. Lawrence K. Karlton |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, ANNE PINGS, Assistant United States Attorney, attorney for Plaintiff, and LINDA C. HARTER, Chief Assistant Federal Defender, attorney for BRANDON DAMONE VANN, and DAN KOUKOL, attorney for TANEKA RAENEE NUNLEY that the status conference hearing date of August 5, 2008 be vacated, and the matter be set for status conference on **September 9, 2008** at 9:30 a.m.

    The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

    Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of

this order through and including September 9, 2008 pursuant to 18 U.S.C. §3161 (h)(8)B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED:   August 4, 2008.                    Respectfully submitted,

                                            DANIEL J. BRODERICK
                                            Federal Public Defender


DATED:   August 4, 2008.                    /s/ Linda C. Harter
                                            LINDA C. HARTER
                                            Chief Assistant Federal Defender
                                            Attorney for BRANDON VANN

DATED:   August 4, 2008                     /s/ Linda C. Harter for
                                            DAN KOUKOL
                                            Attorney for Defendant
                                            TANEKA RAENEE NUNLEY

                                            McGREGOR W. SCOTT
                                            United States Attorney


DATED:   August 4, 2008.                    /s/Linda C. Harter for
                                            ANNE PINGS
                                            Assistant U.S. Attorney
                                            Attorney for Plaintiff




**O R D E R**

   **IT IS SO ORDERED.**  Time is excluded from today's date through and including September 9, 2008 in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: August 4, 2008

                                            _____
                                            LAWRENCE K. KARLTON
                                            SENIOR JUDGE
                                            UNITED STATES DISTRICT COURT

2