```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
BRANDON DAMONE VANN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                            )<br>          Plaintiff,       )<br>                            )<br>     v.                     )<br>                            )<br>BRANDON DAMONE VANN,        )<br>TANEKA RAENEE NUNLEY,       )<br>                            )<br>          Defendants.       )<br>_____ | NO. CR.S-08-065-LKK<br><br>**STIPULATION AND ORDER**<br>**CONTINUING STATUS CONFERENCE**<br>**AND EXCLUDING TIME**<br><br><br>Date:  September 9, 2008<br>Time:  9:15 a.m.<br>Judge: Hon. Lawrence K. Karlton |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, ANNE PINGS, Assistant United States Attorney, attorney for Plaintiff; LINDA C. HARTER, Chief Assistant Federal Defender, attorney for BRANDON DAMONE VANN; and DAN KOUKOL, attorney for TANEKA RAENEE NUNLEY, that the status conference hearing date of September 9, 2008 be vacated, and the matter be set for status conference on September 16, 2008 at 9:15 a.m.

The reason for this continuance is to allow defense counsel additional time for ongoing factual investigation of the case.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including September 16, 2008 pursuant to

18 U.S.C. §3161 (h)(8)B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: September 8, 2008         Respectfully submitted,

                                 DANIEL J. BRODERICK
                                 Federal Public Defender


                                 /s/ Linda C. Harter
                                 LINDA C. HARTER
                                 Chief Assistant Federal Defender
                                 Attorney for BRANDON VANN


Dated: September 8, 2008         /s/ Linda C. Harter for
                                 DAN KOUKOL
                                 Attorney for Defendant
                                 TANEKA RAENEE NUNLEY


                                 McGREGOR W. SCOTT
                                 United States Attorney


Dated:  September 8, 2008        /s/ Linda C. Harter for
                                 ANNE PINGS
                                 Assistant U.S. Attorney
                                 Attorney for Plaintiff

# **O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including September 16, 2008 in the interest of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated: September 8, 2008

                                 LAWRENCE K. KARLTON
                                 SENIOR JUDGE
                                 UNITED STATES DISTRICT COURT

Stipulation/Order/Brandon Vann                    2