McGREGOR W. SCOTT
United States Attorney
TODD D. LERAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2918

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CR. S-08-065 LKK |
| Plaintiff, ) | |
| ) | ORDER CONTINUING STATUS |
| ) | CONFERENCE |
| v. ) | |
| ) | |
| BRANDON DAMONE VANN, ) | |
| TANEKA RAENEE NUNLEY, ) | ) |
| ) | |
| Defendants. ) | |
| ) | |

    This matter came before the Court for a status conference on October 21, 2008, at 9:15 a.m.  Defendant Brandon Damone Vann appeared with his counsel, Jan David Karowsky; defendant Taneka Raenee Nunley appeared with her counsel, Dan Frank Koukol; and Todd D. Leras, Assistant United States Attorney appeared on behalf of the United States of America.

    The parties and all defendants agreed to set a status conference date of December 16, 2008, at 9:15 a.m.  The request to continue the status conference was made by counsel for defendant Brandon Damone Vann.  Jan David Karowsky requested additional time to prepare and discuss potential resolution with

the government and defendant Brandon Damone Vann.  Counsel for the government and defendant Taneka Raenee Nunley concurred with the request for additional time to prepare and negotiate resolution of this matter.

The Court ordered the status conference continued to December 16, 2008, at 9:15 a.m.  The Court further ordered that time be excluded under 18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4 (reasonable time to prepare).  The Court directed government counsel to prepare a formal order.

**IT IS HEREBY ORDERED**:

1.   A status conference is set for December 16, 2008 at 9:15 a.m.

2.   Based on the parties' representations, the Court finds that the ends of justice outweigh the best interest of the public and Defendants in a speedy trial.  Accordingly, time under the Speedy Trial Act shall be excluded through December 16, 2008.

IT IS SO ORDERED

Date: December 10, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT