**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Brandon Vann

### UNITED STATES DISTRICT COURT

### IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Brandon D. Vann and<br>Taneka Nunley,<br><br>　　　　Defendants | Case No.: Cr.S-08-0065-LKK<br><br>**ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUSION OF TIME**<br><br>DATE:　December 16, 2008<br>TIME:　9:15 a.m.<br>JUDGE: Hon. Lawrence K. Karlton |

### ORDER

For the reasons stated in the filed Stipulation, the status conference scheduled for December 16, 2008 at 9:15 a.m. is continued to February 3, 2009 at 9:15 a.m. Time is excluded from December 16, 2008 through and including February 3, 2009 in the interests of justice pursuant to 18 U.S.C. § 3161 (h) (8) (B) (iv) [reasonable time to prepare] and Local Code T4.

Dated: December 12, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT