Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| United States of America, | ) Case No.: CR.S. 08-453 LKK |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE<br>) STATUS CONFERENCE |
| vs. | ) Court:  Hon. Lawrence K. Karlton<br>) Time:   9:15 a.m.<br>) Date:   April 14, 2009 |
| Dean Tesky, et.al., | ) |
| Defendants. | |

Defendants Dean Tesky and Jess Brassier were charged in a two count indictment alleging a conspiracy to manufacture over 100 marijuana plants and the manufacture of over 100 plants in violation 21 U.S.C. § 841(a)(1) and 846. A status conference was previously set for February 6, 2009.  The parties are involved in defense investigation, as well as negotiations and all parties request that the current status conference be continued to April 14, 2009, and that date is available with the Court.

The parties agree that time should be excluded under 18 U.S.C. § 3161(h)(8)(i) for defense preparation and under local code T4.

///

///

Dated: February 3, 2009					Respectfully submitted,


						___/s/ Shari Rusk___
						Shari Rusk
						Attorney for Defendant
						Dean Tesky


						/s/ Tim Zindel
						Tim Zindel
						Attorney for Jess Brassier


						 /s/ Michael Beckwith
						Michael Beckwith
						Assistant United States Attorney



						**ORDER**


    IT IS SO ORDERED.  The Court finds excludable time through April 14, 2009, based on Local Code T4, giving counsel reasonable time to prepare.
DATED: February 5, 2009

						_____
						LAWRENCE K. KARLTON
						SENIOR JUDGE
						UNITED STATES DISTRICT COURT