LAWRENCE G. BROWN
Acting United States Attorney
TODD D. LERAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2918

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. S-08-065 LKK |
| Plaintiff, | ) | |
| | ) | ORDER CONTINUING STATUS |
| v. | ) | CONFERENCE |
| | ) | |
| BRANDON DAMONE VANN, | ) | |
| TANEKA RAENEE NUNLEY, | ) | ) |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter came before the Court for a status conference on April 14, 2009, at 9:15 a.m.  Attorney Jan David Karowsky appeared on behalf of defendant Brandon Damone Vann; defendant Taneka Raenee Nunley appeared with her counsel, Dan Frank Koukol; and Todd D. Leras, Assistant United States Attorney appeared on behalf of the United States of America.

The parties agreed to set a status conference date of May 19, 2009, at 9:15 a.m.  The request to continue the status conference was made by counsel for defendant Brandon Damone Vann. Jan David Karowsky requested additional time to prepare and discuss potential resolution with the government.  Counsel for

the government and defendant Taneka Raenee Nunley concurred with the request for additional time to prepare and negotiate resolution of this matter.

The Court ordered the status conference continued to May 19, 2009, at 9:15 a.m. The Court further ordered that time be excluded under 18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4 (reasonable time to prepare). The Court directed government counsel to prepare a formal order.

**IT IS HEREBY ORDERED**:

1. A status conference is set for May 19, 2009, at 9:15 a.m.

2. Based on the parties' representations, the Court finds that the ends of justice outweigh the best interest of the public and Defendants in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded through May 19, 2009.

IT IS SO ORDERED

Date: April 22, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT