**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Brandon Vann

**UNITED STATES DISTRICT COURT**

**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| United States of America, | ) Case No.: Cr.S-08-0065-LKK |
| Plaintiff, | ) |
| | ) |
| vs. | ) **ORDER TO CONTINUE STATUS** |
| | ) **CONFERENCE AND EXCLUSION OF** |
| | ) **TIME** |
| Brandon D. Vann and | ) |
| Taneka Nunley, | ) |
| | ) |
| Defendants | ) **DATE:    May 19, 2009** |
| | ) **TIME:    9:15 p.m.** |
| | ) **JUDGE:  Hon. Lawrence K. Karlton** |
| | ) |
| | ) |
| | ) |
| | ) |

**ORDER**

**Good Cause Appearing,** the Status Conference, now set for May 19, 2009 at 9:15 a.m., is continued to June 23, 2009 at 9:15 a.m..  Time is excluded from May 19, 2009 through and

1  including June 23,, 2009 in the interests of justice pursuant to 18 U.S.C. § 3161 (h) (8) (B) (iv)

2  [reasonable time to prepare] and Local Code T4.

3

4  Dated:  **May 15, 2009**

5

6  LAWRENCE K. KARLTON

7  SENIOR JUDGE
   UNITED STATES DISTRICT COURT

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25