**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Brandon Vann

## UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>  vs.<br><br>Brandon D. Vann and<br>Taneka Nunley,<br><br>  Defendants | Case No.: Cr.S-08-0065-LKK<br><br>**ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUSION OF TIME**<br><br>DATE:   June 23, 2009<br>TIME:   9:15 p.m.<br>JUDGE: Hon. Lawrence K. Karlton |

## ORDER

**IT IS SO ORDERED. Good Cause Appearing,** the Status Conference, now set for June 23, 2009 at 9:15 a.m., is continued to August 4, 2009 at 9:15 a.m..  Time is excluded from June 23, 2009 through and including August 4, 2009 in the interests of justice pursuant to 18 U.S.C. § 3161 (h) (8) (B) (iv) [reasonable time to prepare] and Local Code T4.

Dated: June 22, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

- 1 -