**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Brandon Vann

# UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | ) Case No.:  Cr.S-08-0065-LKK |
| Plaintiff, | ) |
| vs. | ) **ORDER TO CONTINUE STATUS** |
| | ) **CONFERENCE AND EXCLUSION OF** |
| | ) **TIME** |
| Brandon D. Vann and | ) |
| Taneka Nunley, | ) |
| | ) **DATE:   August 4, 2009** |
| Defendants | ) **TIME:    9:15 p.m.** |
| | ) **JUDGE:  Hon. Lawrence K. Karlton** |
| | ) |
| | ) |
| _____ | ) |

## ORDER

**Good Cause Appearing,** the Status Conference, now set for August 4, 2009 at 9:15 a.m., is continued to October 27, 2009 at 9:15 a.m..  Time is excluded from August 4, 2009 through and including October 27, 2009 in the interests of justice pursuant to 18 U.S.C. § 3161 (h) (7) (B) (iv) [reasonable time to prepare] and Local Code T4.

**IT IS SO ORDERED.**

Dated: July 31, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT