DAN KOUKOL
Attorney at Law
State Bar No. 122526
11930 Heritage Oak Place, Suite 6
Auburn, California 95603
Telephone: (530) 823-5400
Facsimile: (530) 852-0150
Email: dkoukol@placergroup.com

Attorney for Defendant,
**TANEKA NUNLEY**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 08-65-LKK |
| Plaintiff, | STIPULATION AND ORDER |
| vs. | DATE: October 27, 2009<br>TIME: 9:15 AM |
| BRANDON VANN, and<br>TANEKA NUNLEY, | JUDGE: Hon. Lawrence Karlton |
| Defendants. | |

It is hereby stipulated and agreed to between the United States of America through Todd Leras, Assistant U.S. Attorney, and defendant Brandon Vann, by and through his attorney, Jan Karowsky, and defendant Taneka Raenee Nunley, by and through her attorney, Dan Koukol, that the status conference of October 27, 2009 be vacated and that a status conference be set for December 1, 2009 at 9:15 AM.

This continuance is being requested because the parties need additional time to negotiate plea agreements. The government has indicated an intention to revise the offer previously made to Ms. Nunley. When this revised offer is communicated Counsel will promptly convey it to Ms. Nunley at which time a resolution is anticipated.

-1-

The parties request that the speedy trial time is excluded from the date of this order through the date of the status conference set for December 1, 2009 at 9:15 AM pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: OCTOBER 21, 2009          Respectfully submitted,

                                 /s/ DAN KOUKOL FOR
                                 _____
                                 JAN KAROWSKY
                                 Attorney for defendant Brandon Vann


DATED: OCTOBER 21, 2009          Respectfully submitted,

                                 /s/ DAN KOUKOL
                                 _____
                                 DAN KOUKOL
                                 Attorney for defendant Taneka Nunley


DATED: OCTOBER 21, 2009          Respectfully submitted,

                                 /s/ DAN KOUKOL FOR
                                 _____
                                 Todd Leras
                                 Assistant U.S. Attorney

**IT IS SO ORDERED**

DATED:   October 23, 2009

                                 _____
                                 LAWRENCE K. KARLTON
                                 SENIOR JUDGE
                                 UNITED STATES DISTRICT COURT