**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Brandon Vann

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | Case No.: Cr.S-08-0065-LKK |
| Plaintiff, | |
| vs. | **ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUSION OF TIME** |
| Brandon D. Vann and Taneka Nunley, | |
| Defendants | DATE:  December 1, 2009<br>TIME:  9:15 p.m.<br>JUDGE: Hon. Lawrence K. Karlton |

## ORDER

**Good Cause Appearing,** based on the stipulation of the parties, the Court finds that the ends of justice served by the requested continuance outweigh the best interest of the public and the defendant in a speedy trial, therefore, the Status Conference, now set for December 1, 2009 at 9:15 a.m., is continued to January 26, 2010 at 9:15 a.m..  Time is excluded from December 1,

1   2009 through and including January 26, 2010 in the interests of justice pursuant to 18 U.S.C. §

2   3161 (h) (7) (B) (iv) [reasonable time to prepare] and Local Code T4.

3   **IT IS SO ORDERED.**

Dated: November 30, 2009

```
                                    _____
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT
```