**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Brandon Vann

# UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | ) Case No.: Cr.S-08-0065-LKK |
| Plaintiff, | ) |
| vs. | ) **ORDER TO CONTINUE STATUS** |
| | ) **CONFERENCE AND EXCLUSION OF** |
| Brandon D. Vann and | ) **TIME** |
| Taneka Nunley, | ) |
| Defendants | ) **DATE:    January 26, 2010** |
| | ) **TIME:    9:15 p.m.** |
| | ) **JUDGE:  Hon. Lawrence K. Karlton** |

## <u>ORDER</u>

**Good Cause Appearing,** in that the Court finds that the ends of justice served by the requested continuance outweigh the best interests of the public and the defendant in a speedy trial, the Status Conference, now set for January 26, 2010 at 9:15 a.m., is continued to March 16, 2010 at 9:15 a.m..  Time is excluded from January 26, 2010 through and including March 16,

2010 in the interests of justice pursuant to 18 U.S.C. § 3161 (h) (7) (B) (iv) [reasonable time to prepare] and Local Code T4.

**IT IS SO ORDERED.**


Dated: January 25, 2010


LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT