**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Brandon Vann

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Brandon D. Vann and<br>Taneka Nunley,<br><br>　　　　　Defendants | Case No.: Cr.S-08-0065-LKK<br><br>**ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUSION OF TIME**<br><br>DATE:　December 1, 2009<br>TIME:　9:15 p.m.<br>JUDGE: Hon. Lawrence K. Karlton |

## ORDER

**Good Cause Appearing,** based on the stipulation of the parties, the Court finds that the ends of justice served by the requested continuance outweigh the best interest of the public and the defendant in a speedy trial, therefore, the Status Conference, now set for March 16, 2010 at 9:15 a.m., is continued to May 11, 2010 at 9:15 a.m..  Time is excluded from March 16, 2010

through and including May 11, 2010 in the interests of justice pursuant to 18 U.S.C. § 3161 (h) (7) (B) (iv) [reasonable time to prepare] and Local Code T4.

**IT IS SO ORDERED.**

Dated:  March 3, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT