**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Brandon Vann

# UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>vs.<br><br>Brandon D. Vann and<br>Taneka Nunley,<br><br>  Defendants | Case No.: Cr.S-08-0065-LKK<br><br>**ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUSION OF TIME**<br><br>DATE:  May 11, 2010<br>TIME:   9:15 p.m.<br>JUDGE: Hon. Lawrence K. Karlton |

## ORDER

**Good Cause Appearing,** in that the Court finds that the ends of justice served by the requested continuance outweigh the best interests of the public and the defendant in a speedy trial, the Status Conference, now set for May 11, 2010 at 9:15 a.m., is continued to July 13, 2010 at 9:15 a.m..  Time is excluded from May 11, 2010 through and including July 13, 2010 in the

- 1 -

1  interests of justice pursuant to 18 U.S.C. § 3161 (h) (7) (B) (iv) [reasonable time to prepare] and

2  Local Code T4.

3  **IT IS SO ORDERED.**

4  Dated: May 11, 2010

```
                              /s/ Lawrence K. Karlton
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```