**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Brandon Vann

# UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Brandon D. Vann and<br>Taneka Nunley,<br><br>　　　　Defendants | Case No.: Cr.S-08-0065-LKK<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUSION OF TIME**<br><br>DATE:　July 13, 2010<br>TIME:　9:15 p.m.<br>JUDGE: Hon. Lawrence K. Karlton |

　　　Counsel for the Defendant Brandon D. Vann and the government need additional time for ongoing, complicated and sensitive negotiations and for counsel for Mr. Vann to prepare. Therefore, it is requested that the Status Conference set for July 13, 2010 at 9:15 a.m. be continued to September 14, 2010 at 9:15 a.m.. I have spoken to the prosecuting AUSA, Todd Leras, and attorney Dan Koukal, counsel for co-defendant, Taneka Nunley, both of whom join in this request. Both Mr. Leras and Mr. Koukal have agreed that I may sign each of their names to

- 1 -

this request and further agree that the ends of justice served by the requested continuance outweigh the best interest of the public and the defendants in a speedy trial.

**STIPULATION**

Plaintiff, United States, and Defendants, Brandon Vann and Taneka Nunley, through their undersigned counsel, hereby stipulate and agree that the Court may re-set the date for the Status Conference to September 14, 2010 at 9:15 a.m. The parties further stipulate that time may be excluded from the Speedy Trial Act calculation from the date of July 13, 2010, the date currently set for the Status Conference, to September 14, 2010, the new Status Conference date, pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) and Local Code T4 in order to give Counsel for Defendant Brandon Vann and the government reasonable time to negotiate and prepare.

**IT IS SO STIPULATED.**

DATED:	July 14, 2010	BENJAMIN B. WAGNER
	United States Attorney

	/s/ Todd Leras,
	Assistant U.S. Attorney
	by Jan Karowsky w/
	Mr. Leras' approval

DATED:	July 6, 2010	/s/ Dan Koukal
	Attorney for Defendant
	Taneka Nunley

DATED:	July 14, 2010	JAN DAVID KAROWSKY
	Attorney at Law
	A Professional Corporation

	/s/ Jan David Karowsky

	by
	JAN DAVID KAROWSKY
	Attorney for Defendant
	Brandon Vann

# **ORDER**

**IT IS SO ORDERED.  Good Cause Appearing,** in that the Court finds that the ends of justice served by the requested continuance outweigh the best interests of the public and the defendant in a speedy trial, the Status Conference, now set for July 13, 2010 at 9:15 a.m., is continued to September 14, 2010 at 9:15 a.m..  Time is excluded from July 13, 2010 through and including September 14, 2010 in the interests of justice pursuant to 18 U.S.C. § 3161 (h) (7) (B) (iv) [reasonable time to prepare] and Local Code T4.

Dated: July 13, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT