1  BENJAMIN B. WAGNER
   United States Attorney
2  TODD D. LERAS
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2918

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | |
| ) | CR. S-08-065 LKK |
| Plaintiff,      ) | |
| ) | STIPULATION AND  ORDER    ) |
| ) | CONTINUING STATUS CONFERENCE |
| ) | |
| v.                            ) | |
| ) | |
| BRANDON DAMONE VANN,          ) | |
| TANEKA RAENEE NUNLEY,         ) | |
| ) | |
| Defendants.   ) | |
| _____) | |

   This matter is set for a status conference on September 14, 2010, 2008, at 9:15 a.m.  Plaintiff United States of America and Defendant Brandon Vann, through his counsel, Attorney Jan Karowsky, and defendant Taneka Nunley, through her counsel, Attorney Dan Koukol, request the status conference be continued to November 16, 2010.

   The request is made on the ground that defense counsel are gathering additional information to provide to the government related to potential resolution of the matter.  The parties therefore request exclusion of time under the Speedy Trial Act 18

1

U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 (reasonable time to prepare).  Dan Koukol and Jan Karowsky have authorized Assistant U.S. Attorney Todd D. Leras to sign this stipulation on their behalf.

Dated: September 10, 2010

                                             Todd D. Leras
                                             TODD D. LERAS
                                             Assistant U.S. Attorney

Dated: September 10, 2010

                                             /s/ Todd D. Leras for
                                             JAN DAVID KAROWSKY
                                             Attorney for Defendant
                                             Brandon Vann

Dated: September 10, 2010

                                             /s/ Todd D. Leras for
                                             DANIEL FRANK KOUKOL
                                             Attorney for Defendant
                                             Taneka Nunley

**IT IS HEREBY ORDERED**:

1. The status conference scheduled for September 14, 2010 is vacated.

2. A new status conference date is set for November 16, 2010, at 9:15 a.m.

3. Based on the parties' representations, the Court finds that the ends of justice outweigh the best interest of the public and Defendants in a speedy trial.  Accordingly, time under the Speedy Trial Act shall be excluded through November 16, 2010.

Date: September 14, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT