**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Brandon Vann

# UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>    vs.<br><br>Brandon D. Vann and<br>Taneka Nunley,<br><br>    Defendants | Case No.: Cr.S-08-0065-LKK<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUSION OF TIME**<br><br>DATE:   November 16, 2010<br>TIME:   9:15 p.m.<br>JUDGE: Hon. Lawrence K. Karlton |

The complicated and sensitive process which counsel for the Defendant Brandon D. Vann and the government have been pursuing for quite some time, has just recently gone as far as it can go.  Now, with the information available to the government and counsel for Mr. Vann, we need a bit more time to work out a plea agreement.  Therefore, it is requested that the Status Conference set for November 16, 2010 at 9:15 a.m. be continued to January 4, 2011 at 9:15 a.m..  I have spoken to the prosecuting AUSA, Todd Leras, and attorney Dan Koukal, counsel for co-defendant, Taneka Nunley, both of whom join in this request.  Both Mr. Leras and Mr. Koukal

- 1 -

have agreed that I may sign each of their names to this request and further agree that the ends of justice served by the requested continuance outweigh the best interest of the public and the defendants in a speedy trial.

**STIPULATION**

Plaintiff, United States, and Defendants, Brandon Vann and Taneka Nunley, through their undersigned counsel, hereby stipulate and agree that the Court may re-set the date for the Status Conference to January 4, 2011 at 9:15 a.m. The parties further stipulate that time may be excluded from the Speedy Trial Act calculation from the date of November 16 2010, the date currently set for the Status Conference, to January 4, 2011, the new Status Conference date, pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) and Local Code T4 in order to give Counsel for Defendant Brandon Vann and the government reasonable time to negotiate and prepare.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED:   November 15, 2010 | BENJAMIN B. WAGNER<br>United States Attorney<br><br>/s/ Todd Leras,<br>Assistant U.S. Attorney<br>by Jan Karowsky w/<br>Mr. Leras' approval |
| DATED:   November 11, 2010 | /s/ Dan Koukal<br>Attorney for Defendant<br>Taneka Nunley<br>By Jan Karowsky w/<br>Mr. Koukal's approval |

DATED:     November 15, 2010              JAN DAVID KAROWSKY
                                          Attorney at Law
                                          A Professional Corporation

                                          /s/ Jan David Karowsky

                              by
                                          JAN DAVID KAROWSKY
                                          Attorney for Defendant
                                          Brandon Vann

## ORDER

**IT IS SO ORDERED.  Good Cause Appearing,** in that the Court finds that the ends of justice served by the requested continuance outweigh the best interests of the public and the defendant in a speedy trial, the Status Conference, now set for November 16, 2010 at 9:15 a.m., is continued to January 4, 2011 at 9:15 a.m..  Time is excluded from November 16, 2010 through and including January 4, 2011 in the interests of justice pursuant to 18 U.S.C. § 3161 (h) (7) (B) (iv) [reasonable time to prepare] and Local Code T4.

Dated:   **November 15, 2010**

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT