1   BENJAMIN B. WAGNER
    United States Attorney
2   TODD D. LERAS
    Assistant U.S. Attorney
3   501 I Street, Suite 10-100
    Sacramento, California  95814
4   Telephone: (916) 554-2918

5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,     )
                                  )   CR. S-08-065 LKK
12            Plaintiff,          )
                                  )   ORDER CONTINUING STATUS
13                                )   CONFERENCE
         v.                       )
14                                )
    BRANDON DAMONE VANN,          )
15  TANEKA RAENEE NUNLEY,         )                          )
                                  )
16            Defendants.         )
    _____)

17

18       This matter came before the Court for a status conference on

19  January 4, 2011, at 9:15 a.m.  Attorney Jan David Karowsky

20  appeared on behalf of defendant Brandon Damone Vann; defendant

21  Taneka Raenee Nunley appeared with her counsel, Dan Frank Koukol;

22  and Todd D. Leras, Assistant United States Attorney appeared on

23  behalf of the United States of America.

24       The parties agreed to set a status conference date of

25  February 23, 2011, at 9:15 a.m.   The request to continue the

26  status conference was made by counsel for defendant Brandon

27  Damone Vann.  Jan David Karowsky requested additional time to

28  finalize a proposed resolution of the case.  Counsel for the

                                 1

1  government and defendant Taneka Raenee Nunley concurred with the

2  request for additional time to finalize resolution of this

3  matter.

4       The Court ordered the status conference continued to

5  February 23, 2011, at 9:15 a.m.  The Court further ordered that

6  time be excluded under 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code

7  T4 (reasonable time to prepare).  The Court directed government

8  counsel to prepare a formal order.

9

10      **IT IS HEREBY ORDERED**:

11      1.   A status conference is set for February 23, 2011, at

12  9:15 a.m.

13      2.   Based on the parties' representations, the Court finds

14  that the ends of justice outweigh the best interest of the public

15  and Defendants in a speedy trial.  Accordingly, time under the

16  Speedy Trial Act shall be excluded through February 23, 2011.

17

18      IT IS SO ORDERED

19

20

21  Date: January 7, 2011

22                              LAWRENCE K. KARLTON
                                SENIOR JUDGE
23                              UNITED STATES DISTRICT COURT

24

25

26

27

28