BENJAMIN B. WAGNER
United States Attorney
TODD D. LERAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2918

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>BRANDON DAMONE VANN,<br>TANEKA RAENEE NUNLEY,<br><br>         Defendants. | CR. S-08-065 LKK<br><br>STIPULATION AND ORDER<br>CONTINUING STATUS CONFERENCE |

   This matter is set for a status conference on February 23, 2011, at 9:15 a.m.  Plaintiff United States of America and Defendant Brandon Vann, through his counsel, Attorney Jan Karowsky, and defendant Taneka Nunley, through her counsel, Attorney Dan Koukol, request the status conference be continued to March 29, 2011.

   The request is made on the ground that counsel for Defendant Vann needs time to review a revised Plea Agreement to be provided by the government.  The parties therefore request exclusion of time under the Speedy Trial Act 18 U.S.C. § 3161(h)(7)(B)(iv) and

1

Local Code T4 (reasonable time to prepare).  Dan Koukol and Jan Karowsky have authorized Assistant U.S. Attorney Todd D. Leras to sign this stipulation on their behalf.

Dated: February 18, 2011

                                    Todd D. Leras  
                                    TODD D. LERAS  
                                    Assistant U.S. Attorney

Dated: February 18, 2011

                                    /s/ Todd D. Leras for  
                                    JAN DAVID KAROWSKY  
                                    Attorney for Defendant  
                                    Brandon Vann

Dated: February 18, 2011

                                    /s/ Todd D. Leras for  
                                    DANIEL FRANK KOUKOL  
                                    Attorney for Defendant  
                                    Taneka Nunley

**IT IS HEREBY ORDERED**:

1. The status conference scheduled for February 23, 2011 is vacated.

2. A new status conference date is set for March 29, 2011, at 9:15 a.m.

3. Based on the parties' representations, the Court finds that the ends of justice outweigh the best interest of the public and Defendants in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded through March 29, 2011.

Date: February 22, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT