```
BENJAMIN B. WAGNER
United States Attorney
TODD D. LERAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2918
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>BRANDON DAMONE VANN,<br>TANEKA RAENEE NUNLEY,<br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | CR. S-08-065 LKK<br><br>STIPULATION AND ORDER<br>CONTINUING STATUS CONFERENCE |
|---|---|---|

    This matter came before the Court for a change of plea hearing as to Defendant Brandon Vann and a status conference as to Defendant Taneka Nunley on March 29, 2011, at 9:15 a.m. Defendant Vann appeared with his counsel, Jan Karowsky, and entered a change of plea pursuant to a Plea Agreement.

    Defendant Nunley personally appeared.  Attorney Jan Karowsky stood in for her counsel, Dan Koukol, with Nunley's permission. The parties requested to continue the status conference to June 15, 2011.  The purpose of the request is to allow defendant Nunley additional time to provide the government with information

1 | in support of a final disposition of the charges against her.
2 |     The Court ordered the status conference continued to June
3 | 15, 2011, at 9:15 a.m.  The Court further ordered that time be
4 | excluded under 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4
5 | (reasonable time to prepare).

1 **IT IS HEREBY ORDERED**:

2     1.   A status conference as to defendant Nunley is set for
3 June 15, 2011 at 9:15 a.m.

4     2.   Based on the parties' representations, the Court finds
5 that the ends of justice outweigh the best interest of the public
6 and Defendants in a speedy trial.  Accordingly, time under the
7 Speedy Trial Act shall be excluded through June 15, 2011.

8     IT IS SO ORDERED

10 Date: April 12, 2011

    _____
    LAWRENCE K. KARLTON
    SENIOR JUDGE
    UNITED STATES DISTRICT COURT