**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Brandon Vann

# UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | Case No.: Cr.S-08-0065-LKK |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING** |
| Brandon D. Vann, | |
| Defendant | **DATE:** June 21, 2011<br>**TIME:** 9:15 p.m.<br>**JUDGE:** Hon. Lawrence K. Karlton |

## PROCEDURAL HISTORY

On March 29, 2011, Brandon Vann entered a plea of guilty to Count Three of the Indictment. Sentencing was set for June 15, 2011. Subsequently, on the Court's own motion, sentencing was continued to June 21, 2011. Attorney Jan Karowsky currently is in trial in front of The Honorable Morrison C. England, Jr.. That trial is expected to last through the first week of July, 2011. Therefore, counsel for Mr. Vann will not be available on June 21, 2011 at 9:15 a.m. for the sentencing hearing. Judge England holds Court Monday through Wednesday.

Counsel for Mr. Vann has discussed this situation with Mr. Vann. Mr. Vann understands and agrees to have sentencing re-set to late July to accommodate Mr. Karowsky. Further, Mr. Vann specifically has no opposition to such continuance.

## STIPULATION

Plaintiff, United States, and Defendant, Brandon Vann, through their undersigned counsel, hereby stipulate and agree that the Court may re-set the date for sentencing from June 21, 2011 at 9:15 a.m. to July 26, 2011 at 9:15 a.m..

**IT IS SO STIPULATED.**

DATED:     June 15, 2011                    BENJAMIN B. WAGNER
                                            United States Attorney

                                            /s/ Todd Leras,
                                            Assistant U.S. Attorney
                                            by Jan Karowsky w/
                                            Mr. Leras' approval

DATED:     June 15, 2011                    JAN DAVID KAROWSKY
                                            Attorney at Law
                                            A Professional Corporation

                                            /s/ Jan David Karowsky

                                         by
                                            JAN DAVID KAROWSKY
                                            Attorney for Defendant
                                            Brandon Vann

## ORDER

**IT IS SO ORDERED. Good Cause Appearing,** sentencing, now set for June 21, 2011 at 9:15 a.m., is continued to July 26, 2011 at 9:15 a.m..

Dated:  **June 15, 2011**

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT